Brenton R. Babcock (SBN 162,120)
Brent.Babcock@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

John W. Cox, Ph.D. (*pro hac vice*)
John.Cox@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7000
Facsimile: (404) 879-2699

*Attorneys for Plaintiffs*
NUTRAMAX LABORATORIES, INC. and
NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.

APPROVED
Judge Edward J. Davila
7/23/2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>REDDOG HEALTH, INC.,<br><br>Defendant. | Case No. 3:19-CV-00868-EJD<br>Judge: The Honorable Edward J. Davila<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

WHEREAS, Plaintiffs Nutramax Laboratories, Inc. ("Nutramax Labs") and Nutramax Laboratories Veterinary Sciences, Inc. ("Nutramax Vet Sciences") (collectively, with Nutramax Labs, "Nutramax") sued Defendant RedDog Health, Inc. ("RedDog") in the United States United States District Court for the Northern District of California alleging that RedDog's products labeled Liver Support Gel ("LSG"), as described in the Complaint (D.I. 1), infringe one or more claims of the asserted patents (as defined in the Complaint (D.I. 1), *i.e.*, U.S. Patent Number 6,555,141, U.S. Patent Number 6,863,906, and U.S. Patent Number 7,563,779);

WHEREAS, this action was assigned Civil Action Number 5:19-CV-00868-EJD (the "Pending Case");

WHEREAS, Nutramax moved for Entry of Default on April 15, 2019 (D.I. 9);

WHEREAS, the Clerk noticed Entry of Default on April 17, 2019 (D.I. 10);

WHEREAS, Nutramax moved for a Default Judgment on June 21, 2019 (D.I. 19);

WHEREAS, counsel for RedDog entered an appearance on June 27, 2019 (D.I. 28);

WHEREAS, RedDog filed a Stipulation for Continuance on June 27,

1 | 2019 (D.I. 29);

2 | WHEREAS, RedDog filed a Motion to Set Aside Default on June 28,
3 | 2019 (D.I. 30);

4 | WHEREAS, RedDog filed a renewed Stipulation for Continuance on
5 | June 28, 2019 (D.I. 31);

6 | WHEREAS, the Court granted the Stipulation for Continuance (D.I. 31)
7 | on June 29, 2019 (D.I. 32);

8 | WHEREAS, counsel for Nutramax and counsel for RedDog have met
9 | and conferred regarding the status of the Pending Case and the underlying
10 | dispute;

11 | WHEREAS, based on those discussions, the Parties have entered into a
12 | confidential settlement agreement to resolve the dispute in the Pending Case;
13 | and

14 | WHEREAS, based on the covenants and representations below, the
15 | Parties have agreed to voluntarily dismiss the Pending Case with prejudice
16 | under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

17 | THEREFORE, IT IS STIPULATED AND AGREED, by and between
18 | the Parties that:

19 | 1. The parties have entered into a confidential settlement agreement,
20 | signed by Nutramax on July 17, 2019, and by RedDog on July 17, 2019; and

21 |
22 |

2. This action be DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 17, 2019

Respectfully submitted,

By: */s/ Brenton R. Babcock*
Brenton R. Babcock
Brent.Babcock@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Dr., Suite 1700
Irvine, CA 92618
(714) 557-3800 (telephone)
(714) 557-3347 (facsimile)

John W. Cox, Ph.D. (*pro hac vice*)
John.Cox@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
(404) 888-7000 (telephone)
(404) 879-2699 (facsimile)

*Attorneys for Plaintiffs*
Nutramax Laboratories, Inc. and
Nutramax Laboratories Veterinary Sciences, Inc.

By: */s/ Christopher D. Lee*
Christopher D. Lee
christopher@lacommerciallaw.com
L.A. COMMERCIAL ATTORNEY
134 E. Valley Blvd.,
Alhambra, CA 91801
Telephone: (626)782-7383
Facsimile: (626)782-7342

*Attorney for Defendant*
RedDog Health, Inc.